UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ATIANA R. FOSTER,

    Defendant.

Case No. **23-CR-103**

[18 U.S.C. §§ 641 & 1703(a)]

---

## INDICTMENT

---

### COUNT ONE
(Theft of Government Property)

**THE GRAND JURY CHARGES THAT:**

Beginning in or around May 2021 and continuing through June 2022, in the State and Eastern District of Wisconsin,

**ATIANA R. FOSTER**

knowingly and intentionally stole, embezzled, and converted to her own use, on a recurring basis, money that had a value exceeding $1,000, namely, United States currency and United States Postal Service postage stamp stock valued at a total of approximately $2,273.98 belonging to the United States Postal Service, a department of the United States Government.

In violation of Title 18, United States Code, Section 641.

## COUNT TWO
(Mail Tampering by Postal Employee)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 31, 2022, in the State and Eastern District of Wisconsin,

**ATIANA R. FOSTER**

unlawfully opened mail which came into her possession as a Postal Service employee for the purpose of being conveyed by mail.

In violation of Title 18, United States Code, Section 1703(a).

2
Case 2:23-cr-00103-JPS   Filed 05/23/23   Page 2 of 3   Document 1

## COUNT THREE
(Mail Tampering by Postal Employee)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 6, 2022, in the State and Eastern District of Wisconsin,

**ATIANA R. FOSTER**

unlawfully opened mail which came into her possession as a Postal Service employee for the purpose of being conveyed by mail.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

FOREPERSON

Date: 5-23-23

_____
GREGORY J. HAANSTAD
United States Attorney